UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-MJ-282-JPD |
| v. ) | |
| ) | |
| ) | DETENTION ORDER |
| GUADALUPE RAMIREZ-GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

 Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

Date of Detention Hearing: June 7, 2007.

 The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

 (1) Defendant is a citizen of Mexico.

 (2) A detainer has been placed on defendant by Immigration and Customs Enforcement.

 (3) Defendant has stipulated to detention, due to the immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 1

01       (4)    Because the Court has no additional information about the defendant, there are
02 no conditions or combination of conditions other than detention that will reasonably assure
03 the defendant's appearance at future Court hearings, or the safety of the community.
04       IT IS THEREFORE ORDERED:
05       (1)    Defendant shall be detained pending trial and committed to the custody of the
06               Attorney General for confinement in a correction facility separate, to the
07               extent practicable, from persons awaiting or serving sentences or being held in
08               custody pending appeal;
09       (2)    Defendant shall be afforded reasonable opportunity for private consultation
10               with counsel;
11       (3)    On order of a court of the United States or on request of an attorney for the
12               government, the person in charge of the corrections facility in which
13               defendant is confined shall deliver the defendant to a United States Marshal
14               for the purpose of an appearance in connection with a court proceeding; and
15       (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
16               counsel for the defendant, to the United States Marshal, and to the United
17               States Pretrial Services Officer.
18       DATED this 8th day of June, 2007.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                  15.13
18 U.S.C. § 3142(i)                Rev. 1/91
PAGE 2